FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 13, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FAVIOLA R.,<br><br>v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,[1]<br><br>Defendant. | No. 2:20-CV-0330-JTR<br><br>REPORT AND RECOMMENDATION TO GRANT STIPULATED MOTION FOR REMAND |

**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).[2] ECF No. 17. Attorney Tom Cordell represents Plaintiff; Special Assistant United States Attorney L. Jamala Edwards represents Defendant. The parties have not consented to proceed before a magistrate judge. After considering the file and proposed order, **IT IS RECOMMENDED:**

1. The parties' Stipulated Motion for Remand, **ECF No. 17**, be **GRANTED**. The above-captioned case be **REVERSED** and **REMANDED** to the

---

[1]Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is substituted for Andrew M. Saul as the defendant in this suit. No further action need be taken to continue this suit. *See* 42 U.S.C. § 405(g).

[2]While the parties do not expressly indicate in their stipulation, the Court assumes the parties' motion to remand is pursuant to sentence four of 42 U.S.C. § 405(g).

REPORT AND RECOMMENDATION - 1

Commissioner of Social Security for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Appeals Council will first determine whether the record supports a finding of disability. If the case requires further development, the Appeals Council will instruct the Administrative Law Judge (ALJ) to do the following: (1) reevaluate the medical evidence of record; (2) reevaluate the evidence of record concerning Plaintiff's symptom complaints; (3) reevaluate Plaintiff's maximum physical and mental residual functional capacity as required by Social Security Ruling 96-9p; (4) proceed with the remaining steps of the sequential evaluation process; (5) make findings on whether Plaintiff is illiterate and whether she meets the guidelines for disability; and (6) offer Plaintiff the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

2. **Judgment be entered for PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 14**, be **STRICKEN AS MOOT**.

4. An application for attorney fees and costs may be filed by separate motion.

### OBJECTIONS

Any party may object to a magistrate judge's proposed findings, recommendations or report within fourteen (14) days following service with a copy thereof. Such party shall file written objections with the Clerk of the Court and serve objections on all parties, specifically identifying the portions to which objection is being made, and the basis therefor. Any response to the objection shall be filed within fourteen (14) days after receipt of the objection. Attention is directed to FED. R. CIV. P. 6(d), which adds additional time after certain kinds of service.

///

REPORT AND RECOMMENDATION - 2

A district judge will make a *de novo* determination of those portions to which objection is made and may accept, reject, or modify the magistrate judge's determination. The judge need not conduct a new hearing or hear arguments and may consider the magistrate judge's record and make an independent determination thereon. The judge may, but is not required to, accept or consider additional evidence, or may recommit the matter to the magistrate judge with instructions. *United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000); 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Civ. P. 72(b)(3); Local Magistrate Judge Rules for the Eastern District of Washington Rule 2.

A magistrate judge's recommendation cannot be appealed to a court of appeals; only the district judge's order or judgment can be appealed.

The District Court Executive is directed to file this Report and Recommendation and provide copies to counsel.

DATED September 13, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

REPORT AND RECOMMENDATION - 3