FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 05, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FAVIOLA R.D.A.,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　　　Respondent. | No.　2:20-cv-00330-SMJ<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is Magistrate Judge Rodgers' September 13, 2021 Report and Recommendation, ECF No. 18, recommending that the Court grant the Parties' Stipulated Motion for Remand, ECF No. 17. Any objections to the Report and Recommendation were due by September 27, 2021. As none have been filed, the Court reviews the Report and Recommendation for clear error. 28 U.S.C. § 636(b)(1)(A). Finding none, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 18**, is **ADOPTED** in its entirety.

ORDER ADOPTING REPORT AND RECOMMENDATION – 1

2. The Parties' Stipulated Motion for Remand, **ECF No. 17**, is **GRANTED**.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 14**, is **DENIED AS MOOT**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and Magistrate Judge Rodgers.

**DATED** this day 5th of November 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION – 2